# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KAREN ANN MARIE JOHNSON-BELLERIVE

## WARRANT FOR ARREST

CASE NUMBER: 00-6222-CR-WPD

**TO:** The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KAREN ANN MARIE JOHNSON-BELLERIVE__
Name

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,**

in violation of Title __18__ United States Code, Section(s) __1542, 911 and 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

Signature of Issuing Officer

Aug. 10, 2000 - Ft. Lauderdale, FL.
Date and Location

Bail fixed at $ 25,000 Corporate Surety
bond with Nebbia

**BARRY S. SELTZER**
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

DEFENDANT'S NAME: KAREN ANN MARIE JOHNSON-BELLERIVE
ALIAS

LAST KNOWN RESIDENCE: 7945 TAM O'SHANTER BLVD. FT. LAUDERDALE, FLORIDA

LAST KNOWN EMPLOYMENT: UNKNOWN

PLACE OF BIRTH: JAMAICA

DATE OF BIRTH: 10/25/71

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'5"   WEIGHT:

SEX: FEMALE   RACE: BLACK

HAIR: BLACK   EYES: BLACK

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: US DEPARTMENT OF STATE   536-5781