**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:  KAREN JOHNSON-BELLERIVE (J)      CASE NO:   00-6222-CR-DIMITROULEAS

AUSA:   ROGER POWELL                    ATTY:   _Martin Bidwell_

AGENT:  USDSS AGENT GILLIS              VIOL:   18:1542

PROCEEDING:  I/A ON INDICTMENT          RECOMMENDED BOND:   25,000 CSB _AUG 14 2000_

BOND HEARING HELD (yes) no            COUNSEL APPOINTED:

BOND SET @:   _50,000_ PSB            To be consigned by:   _husband_

_CLARENCE MADDOX_
_CLERK, U.S. DIST. CT._
_S.D. OF FLA. FT. LAUD._

❑  Do not violate any law.          _Advised of Charges_

❑  Appear in court as directed.      _Sworn for apptm't_

❑  Surrender and / or do not obtain passports / travel     _1) Counsel - FTD_
   documents.

☒  Rpt to PTS as directed / or _____ x's a week/month     _Apptd._
   by phone; _____ x's a week/month in person.

❑  Random urine testing by Pretrial Services. _____
   Treatment as deemed necessary.

☒  Maintain or seek full - time employment.     _Bond hrg held / Bond_

❑  No contact with victims / witnesses.         _set -_

❑  No firearms.

❑  Curfew: _____.     Reading of Indictment Waived
                                        Not Guilty plea entered
                                        Jury trial demanded
❑  Travel extended to: _____     Standing Discovery Order requested
☒  _Remain @ present address_

❑  Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-28 | 11 | BSS | ✓ |

DATE:  8/14/00    TIME:  11:00    FTL/LSS TAPE # 00 - _040_    Begin _574_    End _1262_

_recall 7/7_

_3/DM_