# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

KAREN ANN MARIE JOHNSON-BELLERIVE

## WARRANT FOR ARREST

CASE NUMBER: 00-6222-CR-WPD

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KAREN ANN MARIE JOHNSON-BELLERIVE__
                                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

charging him or her with (brief description of offense) knowingly and willfully, make a false statement in an application for a passport with the intent to induce and secure the issuance of passports and the rules prescribed pursuant to such law; false claim of U.S. citizenship; and false oath,

in violation of Title __18__ United States Code, Section(s) __1542, 911 and 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Aug. 10, 2000 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $ 25,000 Corporate Surety
bond with Nelleum

**BARRY S. SELTZER** _[signature]_
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Ft. Lauderdale, FL |

| DATE RECEIVED<br>8/10/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_<br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>8/14/00 | | |

AO 442 (Rev. 12/85) Warrant for Arrest