UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6222-CR-DIMITROUELAS

UNITED STATES OF AMERICA

vs

KAREN JOHNSON-BELLERIVE

[FILED stamp: AUG 14 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __ON BOND FORM_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:____FEDERAL PUBLIC DEFENDER_____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET:            $____$50,000 PERSONAL SURETY_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __14TH__ day of __AUGUST_____, 2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _[signature]_____
                                        Deputy Clerk

                                    Tape No._____00-040_____

cc: Copy for Judge
    U. S. Attorney