UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # _____

UNITED STATES OF AMERICA )
                 Plaintiff ) Case Number: CR 00-6222-CRWPD
                           ) REPORT COMMENCING CRIMINAL
        -vs-               ) ACTION
                           )
KAREN ANNMARIE JOHNSON BREWRIE )
         Defendant

**********************************************************
TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
**********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-14-00    9:45 am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: 18 USC 1542, 911 & 1621

(4) U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 10-25-71

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# 00-6222-CR WPD

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN DISTRICT

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 8-14-00    (9) Arresting Officer: C. J. Grills

(10) Agency: DSS (DEPT OF STATE)    (11) Phone: 305-536-5782

(12) Comments: _____