**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6222-CR-WPD    DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Karen Ann Marie Johnson-Bellerive

U.S. ATTORNEY Roger Powell    DEFT. COUNSEL: Tim Day, AFPD
                                              Darcy Kiltica for

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue
is granted. Court resets trial and finds
that the time from today until trial
is deemed excludable.

_____

_____

_____

CASE CONTINUED TO: 10/13/00    TIME: 9:00    FOR: Cal Call
MISC: 10/16/00    9:00    Trial Period