UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6222-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

KAREN JOHNSON-BELLERIVE,  :

    Defendant.  :
_____/



FILED by _____ D.C.
SEP 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on Defendant's Unopposed Motion to Continue Trial and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's unopposed motion to continue trial is hereby GRANTED. The defendant's trial is rescheduled to *October 16, 2000 with a calendar call on October 13, 2000 at 9:00 AM.*

DONE AND ORDERED at Fort Lauderdale, Florida, this __15__ day of September, 2000.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
       Roger Powell, AUSA