UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6222-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

KAREN JOHNSON-BELLERIVE, :

    Defendant. :
_____/



## **REQUEST FOR EXPERT WITNESS SUMMARY**

The defendant, through counsel, hereby requests, pursuant to Fed. R. Crim. P. 16(a)(1)(E), production of written summaries of expert testimony that the government intends to introduce at trial. This summary should include the witnesses opinions, the bases for those opinions and the witnesses qualifications.

                      Respectfully submitted,

                      KATHLEEN M. WILLIAMS
                      FEDERAL PUBLIC DEFENDER

By: _____
      Timothy M. Day
      Assistant Federal Public Defender
      Florida Bar No. 360325
      101 N.E. 3rd Avenue
      Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436
      (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this __2__ day of October, 2000 to Roger Powell, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Timothy M. Day

S:\DAY\Johnson Bellerrive\request.01.wpd