UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6222-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

KAREN JOHNSON-BELLERIVE,   :

    Defendant.   :
_____/



## **RECIPROCAL DISCOVERY RESPONSE**

The defendant, through counsel, files this response to the Standing Discovery Order and Fed. R. Crim. P. 16 and discloses the following documents that are intended to be introduced at trial:

1.    Birth Certificate of Emmanuel Bellerive, Jr. and Eric Johnson. Also, Marriage Certificate of Jean Emmanuel Bellerive and Karen Johnson.

                          Respectfully submitted,

                          KATHLEEN M. WILLIAMS
                          FEDERAL PUBLIC DEFENDER

                          By:_____
                              Timothy M. Day
                          Assistant Federal Public Defender
                          Florida Bar No. 360325
                          101 N.E. 3rd Avenue
                          Suite 202
                          Fort Lauderdale, Florida 33301
                          (954) 356-7436
                          (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 10 day of October, 2000 to Roger Powell, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

Timothy M. Day

S:\DAY\Johnson-Bellerrive\Reciprocal.01.wpd