UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6222-CR-DIMITROULEAS



UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

KAREN JOHNSON-BELLERIVE, :

    Defendant. :
_____/

## JOINT MOTION TO CONTINUE TRIAL

The defendant, through counsel, files this Joint Motion to Continue the trial in the above-styled case and states as follows:

1. The defendant is charged by way of indictment with violating 18 U.S.C. § 1542.

2. The government is currently in trial and unavailable. The defendant joins in the government's request for a continuance.

3. The defendant waives speedy trial up to and including the date the case is next set for trial which appears to be October 30, 2000.



WHEREFORE, the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this \_13\_ day of October, 2000 to Roger Powell, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Johnson-Bellerrive\Continue 01.wpd

2