**CRIMINAL MINUTES**

FILED by _____ D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6222-Cr-WPD    DATE: October 13, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Viera Ann Marie Johnson-Bellevue

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Joint Motion to Continue is granted. Court resets trial and finds the time from today until trial deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 11/24    TIME: 9:00    FOR: Cal. Call
MISC: 11/28    9:00    trial period.