UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT 1 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA,                    CASE NO. 00-6222-CR-DIMITROULEAS
    Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

KAREN ANN MARIE JOHNSON-BELLERIVE

    Defendant.
_____/

This matter having come before the Court on October 13, 2000 on a Joint Motion to

Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial

calendar commencing November 28, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case

may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on

**November 24, 2000, at 9:00** A.M. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ____13____ day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Roger Powell, AUSA
       Timothy Day, AFPD