UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6222-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

KAREN JOHNSON-BELLERIVE, :

    Defendant. :
_____/

FILED by _____ D.C.
OCT 16 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on Defendant's Joint's Motion to Continue Trial and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's joint motion to continue trial is hereby GRANTED. The defendant's trial is rescheduled to _October 30, 2000 with a calendar call on October 27, 2000 at 9:00 AM_

DONE AND ORDERED at Fort Lauderdale, Florida, this __16__ day of October, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
        Roger Powell, AUSA