UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6222-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

KAREN JOHNSON-BELLERIVE,   :

    Defendant.   :
_____/

## MOTION TO DISMISS INDICTMENT

The defendant, through counsel, pursuant to Fed. R. Crim. P. 12(b)(2), hereby files this Motion to Dismiss the Indictment in the above-styled case and as grounds in support thereof states:

1.  The defendant was indicted for making a false statement in an application for a United States Passport in violation of 18 U.S.C. § 1542; for falsely representing herself to be a United States citizen in violation of 18 U.S.C. § 911 and perjury by falsely making an oath in an application for a United States Passport in violation of 18 U.S.C. § 1621.

2.  On June 16, 2000, the defendant made application for a United States Passport at the City Hall in the Mall in Coral Springs, Florida. In applying for the passport the defendant filled out form DSP-11 wherein she represented that she was a United States citizen born in the United States Virgin Islands. She presented a birth certificate from the Virgin Islands indicating she was born in St. Thomas of the Virgin Islands on October 27, 1971. She was administered and took an oath affirming that her statements in form DSP-11 were true. The government alleges that the birth

30

certificate is invalid and that the defendant was not born in St. Thomas and is not a citizen of the United States.

3.  The defendant's actions in a light most favorable to the government demonstrate that the defendant, at best, can be considered to have committed a single offense. However, the indictment alleges three offenses. The indictment is impermissibly multiplicitous. An indictment is impermissibly multiplicitous if it charges a single offense in more than one count. United States v. Howard, 918 F.2d 1529, 1532 (11th Cir. 1990).

4.  In the instant case, there was one transaction with one purpose, namely, making an application for the purpose of obtaining a United States Passport. To indict the defendant with three separate charges for this one offense is impermissible and as a result the indictment should be dismissed.

WHEREFORE, the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 25 day of October, 2000 to Roger Powell, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Johnson-Bellerrive\Dismiss.01.wpd

3