**CRIMINAL MINUTES**

FILED by _____ D.C.

OCT 2 ·· 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00 - 6222 - Cr - WPD DATE: October 27, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____ INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Van Ann Marie Johnson-Bellerive

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Timothy Day

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Dft's motion to continue
is granted in part. Court Resets
trial period and finds the time from
today until trial deemed excludable.

_____

_____

_____

CASE CONTINUED TO: 11/3    TIME: 9:00    FOR Cal Call
MISC: 11/6    trial period