**CRIMINAL MINUTES**

FILED by _____ D.C.
NOV 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6222-CR-WPD    DATE: November 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  vs. Vicki Ann Marie Gilmore-Bellevue

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Gvt moves to dismiss this case/indictment without prejudice. Court enters Order & Grants motion

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

