UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6222-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
)
v. )
)
KAREN JOHNSON BELLERIVE )
_____ )

FILED by _____ D.C.

NOV 0 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **KAREN JOHNSON BELLERIVE**.

*Eileen O'Connor for*
GUY A. LEWIS
UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

Date: November 3, 2000

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: AUSA ROGER W. POWELL
    CLERK OF THE COURT
    US MARSHALS SERVICE (WARRANT SQUAD)
    Timothy Day, AFPD

